Richard C. Gordon
Nevada Bar No. 9036
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada  89169
Telephone:  702.784.5200
Facsimile:  702.784.5252
Email: rgordon@swlaw.com

*Attorneys for Defendant City of North Las Vegas, a Nevada Municipal Corporation Health Benefit Plan*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Lana Newson,<br><br>                    Plaintiff,<br><br>vs.<br><br>City of North Las Vegas, a Nevada Municipal Corporation Health Benefit Plan,<br><br>                    Defendant. | Case No. 2:21-cv-01367-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Lana Newson and Defendant City of North Las Vegas, a Nevada Municipal Corporation Health Benefit Plan (the "City") hereby stipulate to extend the time for the City to file an Answer or otherwise respond to Plaintiff's Complaint [ECF No. 1] from the current due date of Wednesday, August 18, 2021 to September 8, 2021.

This is the first stipulation for an extension of this deadline.  The Parties provide the following information to the Court regarding the proposed extension of time:

1. Defendant's counsel have only recently been retained and are currently reviewing the City's documents in order to properly respond to Plaintiff's Complaint.

2. Due to the vast number of documents and parties associated with a health benefits plan, it is taking longer than anticipated to gather the necessary documentation.

///

3. Defense counsel is also in the midst of a three (3) week trial that will continue through the first week of September 2021.

4. There are no other deadlines or proceedings with which this extension would interfere.

This stipulation to extend the deadline is made in good faith and not for purposes of delay.

Dated:  August 18, 2021                                             SNELL & WILMER L.L.P.

By:  /s/ *Julie A. Mersch*
Julie A. Mersch (NV Bar No. 4695)
Law Office of Julie A. Mersch
1100 E. Bridger Ave.
Las Vegas, Nevada  89101
jam@merschlaw.com

*Attorneys for Defendant Lana Newson*

By:  /s/ *Richard C. Gordon*
Richard C. Gordon (NV Bar No. 9036)
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada  89169

*Attorney for Defendant City of North Las Vegas, a Nevada Municipal Corporation Health Benefit Plan*

**IT IS SO ORDERED**.

_____
United States Magistrate Judge
Dated:  August 19, 2021

4825-6901-5030