Richard C. Gordon
Nevada Bar No. 9036
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: rgordon@swlaw.com

*Attorneys for Defendant City of North Las Vegas, a Nevada Municipal Corporation Health Benefit Plan*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Lana Newson,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>City of North Las Vegas, a Nevada Municipal Corporation Health Benefit Plan,<br><br>　　　　　　　Defendant. | Case No. 2:21-cv-01367-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

　　　　Plaintiff Lana Newson and Defendant City of North Las Vegas, a Nevada Municipal Corporation Health Benefit Plan (the "City") hereby stipulate to extend the time for the City to file an Answer or otherwise respond to Plaintiff's Complaint [ECF No. 1] from the current due date of Wednesday, September 8, 2021 to September 22, 2021.

　　　　This is the second stipulation for an extension of this deadline. The Parties provide the following information to the Court regarding the proposed extension of time:

　　　　1.　　Due to the vast number of documents and parties associated with a health benefits plan, it is taking longer than anticipated to gather the necessary documentation.

　　　　2.　　Defendant's counsel are currently reviewing the City's documents in order to properly respond to Plaintiff's Complaint.

///

3. Defense counsel also just concluded a three (3) week trial that has consumed all of defense counsel's time in recent weeks.

4. There are no other deadlines or proceedings with which this extension would interfere.

This stipulation to extend the deadline is made in good faith and not for purposes of delay.

Dated: September 7, 2021

LAW OFFICES OF JULIE A. MERSCH

By: /s/ *Julie Mersch*
Julie A. Mersch (NV Bar No. 4695)
1100 E. Bridger Ave.
Las Vegas, Nevada 89101
jam@merschlaw.com

*Attorneys for Defendant Lana Newson*

Dated: September 7, 2021

SNELL & WILMER L.L.P.

By: /s/ *Richard Gordon*
Richard C. Gordon (NV Bar No. 9036)
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

*Attorney for Defendant City of North Las Vegas, a Nevada Municipal Corporation Health Benefit Plan*

**IT IS SO ORDERED**.

_____
United States Magistrate Judge
Dated: September 8, 2021