Richard C. Gordon
Nevada Bar No. 9036
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: rgordon@swlaw.com

*Attorneys for Defendant City of North Las Vegas, a Nevada Municipal Corporation Health Benefit Plan*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Lana Newson,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>City of North Las Vegas, a Nevada Municipal Corporation Health Benefit Plan,<br><br>　　　　　　　Defendant. | Case No. 2:21-cv-01367-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(THIRD REQUEST)** |

Plaintiff Lana Newson and Defendant City of North Las Vegas, a Nevada Municipal Corporation Health Benefit Plan (the "City") (together, the "Parties") hereby stipulate to extend the time for the City to file an Answer or otherwise respond to Plaintiff's Complaint [ECF No. 1] from the current due date of Wednesday, September 22, 2021 to October 13, 2021.

This is the third stipulation for an extension of this deadline. The Parties provide the following information to the Court regarding the proposed extension of time:

1. The Parties are currently in active discussions to dismiss and/or settle the pending litigation. The Parties believe that the requested extension will give them the necessary time to come to an amicable resolution.

This stipulation to extend the deadline is made in good faith and not for purposes of delay.

///

Dated: September 22, 2021

LAW OFFICES OF JULIE A. MERSCH

By: /s/ *Julie A. Mersch*
Julie A. Mersch (NV Bar No. 4695)
1100 E. Bridger Ave.
Las Vegas, Nevada 89101
jam@merschlaw.com

*Attorneys for Defendant Lana Newson*

Dated: September 22, 2021

SNELL & WILMER L.L.P.

By: /s/ *Richard Gordon*
Richard C. Gordon (NV Bar No. 9036)
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

*Attorney for Defendant City of North Las Vegas, a Nevada Municipal Corporation Health Benefit Plan*

**IT IS SO ORDERED**.

_____
United States Magistrate Judge

Dated: September 23, 2021